No. 355. BARDIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Wesley G. Hall* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 356. LEWIS ET UX. *v.* CARVER, TRUSTEE. C. A. 5th Cir. Certiorari denied. *John B. Ogden* for petitioners.

No. 357. WOLFE ET AL., DOING BUSINESS AS DUTCH PAINT CO. ETC., *v.* NATIONAL LEAD CO. C. A. 9th Cir. Certiorari denied. *Joseph L. Alioto* for petitioners. *Robert E. Burns, Milton Handler* and *John B. Henrich* for respondent.

No. 358. SUBIN *v.* GOLDSMITH ET AL.; and
No. 362. GOLDSMITH ET AL. *v.* SUBIN. C. A. 2d Cir. Certiorari denied. *Osmond K. Fraenkel* for Subin. *Samuel M. Chapin* and *Samuel Gottlieb* for Goldsmith et al. Reported below: 224 F. 2d 753.

No. 359. BRIDE, TRANSFEREE, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Clarence C. Chilcott* for petitioners. *Solicitor General Soboloff, Assistant Attorney General Holland, Ellis N. Slack* and *Harry Marselli* for respondent.

No. 360. UNITED STATES *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. Court of Claims. Certiorari denied. *Solicitor General Soboloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States. *Lawrence Cake* for respondent.